United States Bankruptcy Court
Eastern District of Virginia (Norfolk)

In Re: DANIEL K. BRUCE and MARY E. BRUCE
Case No. 08-74055   Court ID (Court use only)_____

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. Section 1111(a). Green Tree Servicing, LLC hereby gives notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Green Tree Servicing, LLC | GMAC Mortgage, LLC |
| **Name of Transferee** | **Name of Transferor** |
| | **Name and Address where notices to** |
| | **Court Record Address of Transferor:** |
| **Transferee should be sent:** | (Court use only) |

Green Tree Servicing, LLC
7360 S. Kyrene Rd T-120
Tempe, Az. 85283

**Name and Address where Transferee**         **Court Claim #** ___5_____
**Payments should be sent to (if different**  **Amount of Claim: $61,421.07**
**From above):**                              **Date Claim filed: 1/21/2009**

Green Tree Servicing, LLC        **Account #:** __9687_____
PO Box 0049                      (Last four digits only)
Palatine, IL 60055-0049          **New Acct # to reference:** _0230_
                                 (Last four digits only)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Herschel Hoyt_____   Date: _10/29/2009_____
It's Bankruptcy Representative

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. Sections 152 & 3571

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within (20) days of mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further notice of the court.

Date: _____       _____
                                            **CLERK OF COURT**