UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In Re:
Mary Elizabeth Bruce,
Daniel Kent Bruce (Deceased),
    Debtors.

Case No.: 08-74055-SCS
Chapter 13

### ORDER TO SELL

This cause came on to be heard upon the Motion of Debtors for the authority to sell the real property in the approximate amount of $190,000.00 and it appearing to the Court that the Debtors have the opportunity to sell the real property located at 145 Gene Ave, Suffolk, Virginia 23434; more particularly described as:

> ALL THAT certain lot, piece or parcel of land with the buildings and improvements thereon, situate, lying and being in the City of Suffolk, Virginia, being known, numbered and designated as Lot 76, as shown on that certain plat entitled, "Maple Hill, Section 3", which said plat is duly recorded in the Clerk's Office of the Circuit Court of the City of Suffolk, Virginia, in Map Book 13, page 23.

And it further appearing that the sale of this property will allow the Debtors to pay off the first mortgage in the approximate amount of $126,686.95; pay the second mortgage in the amount of approximately $35,100.27; settlement charges in the approximate amount of $14,366.65; Buyer's closing costs in the approximate amount of $9500.00; ~~The Law Offices of Steve C. Taylor, P.C. in the approximate amount of $500.00~~; and pay to the Chapter 13 Trustee the amount of the proceeds due to the seller at closing of approximately $4,346.13(or greater if amount due seller is found to exceed this amount); and the Debtor will pledge any additional proceeds at the time of closing as additional funding to the Chapter 13 Plan, it is hereby

ORDERED that prior to the actual closing of this sale, the settlement agent shall forward to Counsel for the Debtors in this bankruptcy case and to the chapter 13 Trustee a proposed

Steve C. Taylor
Law Offices of Steve C. Taylor, P.C.
Counsel for the debtors
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB: 31174

settlement statement and HUD-1 for review and approval. It shall be the responsibility of Counsel for the Debtors to review the proposed settlement statement and HUD-1 to assure that the terms of this Order and the payment of the proper amount to the chapter 13 Trustee are provided for, and it is

FURTHER ORDERED that the settlement agent shall provide, in addition to any copies otherwise required by law, a copy of the final settlement and HUD-1 to counsel for the Debtors and to the chapter 13 Trustee, and it is

FURTHER ORDERED that the payment to be made to the chapter 13 Trustee from the proceeds of this sale shall be made by the settlement agent as quickly as possible, but in no event to exceed the two business day limit provided for in 6.1-2.13 of the Code of Virginia.

ENTERED THIS __30th__ DAY OF __APRIL__, 2013

_____
Judge

I ask for this:

__/s/ Steve C. Taylor__
Steve C. Taylor
Counsel for the Debtor

Entered on Docket: Apr 30, 2013

Seen:

__/s/ R. Clinton Stackhouse, Jr.__
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

CERTIFICATE OF SERVICE
I hereby certify that this Order has been endorsed by all necessary parties.

__/s/ Steve C. Taylor__

Steve C. Taylor
Law Offices of Steve C. Taylor, P.C.
Counsel for the debtors
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB: 31174

                Steve C. Taylor
                Counsel for the Debtor

<u>Additional Parties to be noticed:</u>

Steve C. Taylor
Law Offices of Steve C. Taylor, P.C.
Counsel for the debtors
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB: 31174

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Blvd, Suite 101
Suffolk, VA 23430

Mary Elizabeth Bruce
145 Gene Ave
Suffolk, VA 23434

**Steve C. Taylor**
**Law Offices of Steve C. Taylor, P.C.**
**Counsel for the debtors**
**133 Mount Pleasant Road**
**Chesapeake, Virginia 23322**
**(757) 482-5705**
**VSB: 31174**